

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2019

No. 04-19-00336-CV

**IN RE** Eduardo "Eddie" **RAMIREZ** and Basilio Villarreal

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

On May 22, 2019, relators filed a petition for writ of mandamus and a motion for stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than June 7, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for a stay is GRANTED. The trial court's May 20, 2019 "Order Setting A Special Board Meeting of the Rio Grande City Consolidated School District Board of Trustees on Thursday May 23, 2019" is STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on May 22, 2019.

                                            **PER CURIAM**

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. DS-19-222, styled *Eduardo "Eddie" Ramirez and Basilio Villarreal v. Leticia O. Lopez, et al.*, pending in the 229th Judicial District Court, Starr County, Texas, the Carlos Valdez presiding.